IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| Paul Allen Goff | ) | |
| | ) | C.A. No.: 8:08-CV-01915-HFF |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Sergeant E.K. Clark, | ) | |
| in her individual capacity as a | ) | ORDER GRANTING REQUEST |
| trooper for the South Carolina | ) | FOR PROTECTION |
| Highway Patrol Department, | ) | |
| Defendant. | ) | |

This matter comes before the court at the request of J. Christopher Mills, counsel for Plaintiff, Paul Goff. For good cause and the reasons set forth in counsel's Notice of Request for Protection, I will grant counsel's request for protection from trial and or other required court appearances for the following dates: May 29, 2009 through June 8, 2009.

**IT IS SO ORDERED.**


March  3 , 2009                                     s/Henry F. Floyd
                                                    The Honorable Henry F. Floyd